**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 99-6650**

———

REUBEN GARRISON,

Petitioner - Appellant,

versus

F. W. GREENE, Warden; E. MONTGOMERY TUCKER;
ALL AGENTS OF PROBATION AND PAROLE,

Respondents - Appellees.

———

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-98-399-3)

———

Submitted:  July 8, 1999         Decided:  July 16, 1999

———

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———

Dismissed by unpublished per curiam opinion.

———

Reuben Garrison, Appellant Pro Se.  Matthew P. Dullaghan, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Reuben Garrison appeals the district courts order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Garrison v. Greene</u>, No. CA-98-399-3 (E.D. Va. Apr. 27, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>